# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| IN THE INTEREST OF: A.R.F.H-H., A MINOR | : | No. 489 EAL 2019 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| PETITION OF: D.H., FATHER | : | from the Order of the Superior Court |
| IN THE INTEREST OF: A.H., A MINOR | : | No. 490 EAL 2019 |
| | : | |
| | : | |
| PETITION OF: D.H., FATHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |

## ORDER

**PER CURIAM**

     **AND NOW**, this 22nd day of November, 2019, the Petition for Allowance of Appeal is **DENIED**.